UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Dayton Superior Corporation,<br>a Delaware corporation,<br><br>       Plaintiff,<br><br>  vs.<br><br>Spa Steel Products., Inc.<br>a New York corporation,<br><br>       Defendant. | CASE NO.<br><br>FILED: JULY 18, 2008<br>08CV4093<br>JUDGE SHADUR<br>MAGISTRATE JUDGE COLE<br>YM |

## COMPLAINT

### I.    JURISDICTION AND PARTIES

A.    Plaintiff is a Delaware corporation with its principal place of business at 2400 Arthur Avenue, Elk Grove, IL 60007

B.    Defendant is a New York corporation with its principal place at 6 Stone Break Road, Malta NY 12020

C.    This action brought pursuant to 28 USC 1332(a), is of a civil nature involving, exclusive of interest and costs, a sum in excess of $75,000.00. Venue is pursuant to 28 USC 1391(a) (2).

### II.    CLAIM FOR RELIEF

Defendant owes plaintiff the sum of $1,291,580.63 for goods sold and delivered to the defendant at its request prior to June 1, 2008.

WHEREFORE, plaintiff demands:

1.    Judgment in the amount of $1,291,580.63;

2. Such other relief as may be proper.

Dated: July 16, 2008

                KOHNER, MANN & KAILAS, S.C.
                Attorneys for Plaintiff


                BY   /s/ Jordan B.Reich
                      Jordan B. Reich
                      Renee Mehl

Post Office Address:
4650 North Port Washington Road
Milwaukee, WI 53212-10
414-962-5110
414-962-8725 (FAX)