# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: |
| Dayton Superior Corporation | FILED: JULY 18, 2008 |
| vs. | 08CV4093 |
| Spa Steel Products Co., Inc. | JUDGE SHADUR |
| | MAGISTRATE JUDGE COLE |
| | YM |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Dayton Superior Corporation

---

NAME (Type or print)
Jordan B. Reich

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/ Jordan B. Reich

FIRM   Kohner, Mann & Kailas, S.C.

STREET ADDRESS  4650 North Port Washington Road

CITY/STATE/ZIP  Milwaukee, WI 53212

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER  414-962-5110 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Yes

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  Yes

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Yes

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Yes

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL        X            APPOINTED COUNSEL

Case 1:08-cv-04093 Document 4 Filed 07/18/2008 Page 2 of 2