## United States District Court for the Northern District of Illinois

Case Number: 08CV4093         Assigned/Issued By: DAJ

Judge Name: SHADUR            Designated Magistrate Judge: COLE

---

### FEE INFORMATION

*Amount Due:*   ☑ $350.00    ☐ $39.00    ☐ $5.00
                ☐ IFP        ☐ No Fee    ☐ Other _____
                ☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00              Receipt #: 2946718

Date Payment Rec'd: 07/18/08     Fiscal Clerk: DAJ

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_1_ Original and _0_ copies on _07/18/08_ as to _DEF._____
                                (Date)

---

C:\wpwin80\docket\feeinfo.frm    03/14/05