# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4093 | **DATE** | 9/3/2008 |
| **CASE TITLE** |  | Dayton Superior Corp. Vs. Spa Steel Products | |

**DOCKET ENTRY TEXT**

Robert Katzman's motion to appear pro hac vice is granted. (10-1)

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|